# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BELLA PEREZ,<br><br>              Petitioner,<br><br>   v.<br><br>R. LOPEZ, Warden,<br><br>             Respondent. | Case No. EDCV 11-0053-JEM<br><br>**J U D G M E N T** |

In accordance with the Memorandum Opinion and Order Denying Petition for Writ of Habeas Corpus filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 7, 2012

                                                                             */s/ John E. McDermott*
                                                                               John E. McDermott
                                                         UNITED STATES MAGISTRATE JUDGE